THIS OPINION HAS NO PRECEDENTIAL
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Reginald R. Lattimore, Appellant.
 
 
 
 
 

Appeal From Greenville County
Edward W. Miller, Circuit Court Judge

Memorandum Opinion No. 2010-MO-029
 Heard October 6, 2010  Filed November 8,
2010

AFFIRMED

 
 
 
 Senior Appellate Defender Joseph L.
 Savitz, III, South Carolina Commission on Indigent Defense, of Columbia, for
 Appellant.
 Deputy Director for Legal Services Teresa
 A. Knox, Assistant Chief Legal Counsel J. Benjamin Aplin and Legal Counsel
 Tommy Evans, Jr., of SC Department of Probation, Parole and Pardon Services, all
 of Columbia, for Respondent.
 
 
 

PER CURIAM:   Richard R. Lattimore appeals from an
 order issued in his  probation revocation hearing that required he be placed on
 mandatory GPS monitoring for life pursuant to Section 23-3-540(C) of the South
 Carolina Code (2007 & Supp. 2009).  Appellate counsel might have challenged
 the constitutionality of the statute in question by arguing, for example, overbreadth
 and its ex post facto application to Lattimore.  In addition, appellate counsel
 could have fully addressed the Eighth Amendment concerns of excessive fines and
 cruel and unusual punishment.  However, all these potential arguments were either
 never raised or were abandoned on appeal in this case of first impression due
 to the summary nature of the one-page argument presented in the Appellant's
 brief.  Accordingly, we affirm this appeal based on Rule 220(b) and the
 following authorities: Rule 208(b)(1)(B), SCACR ("Ordinarily, no point
 will be considered which is not set forth in the statement of issues on
 appeal."); Video
 Gaming Consultants, Inc. v. S.C. Dep't of Revenue, 342 S.C. 34, 42 n.7, 535 S.E.2d 642, 647
 n.7 (2000) (conclusory arguments in brief deemed abandoned); Solomon v. City
 Realty Co.,262 S.C. 198,
 201, 203 S.E.2d 435, 436 (1974) (same); Fields v. Melrose Ltd. P'ship, 312 S.C. 102, 106 n.3,439 S.E.2d 283,
 285 n.3 (Ct. App. 1993) ("[A]n
 issue is deemed abandoned on appeal and, therefore, not presented for review,
 if it is argued in a short, conclusory statement without supporting
 authority.").
TOAL,
 C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.